IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 106-031 |
| | * | |
| TIMOTHY L. WORTHEN | * | |

O R D E R

On December 8, 2006, Defendant Timothy L. Worthen was convicted by a jury for the offenses of conspiracy to possess with intent to distribute cocaine hydrochloride and possession with intent to distribute cocain hydrochloride. Defendant appealed his conviction and sentence through his attorney Joseph H. Huff. On February 5, 2008, the Eleventh Circuit Court of Appeals affirmed his conviction.

Presently, Defendant Worthen, proceeding pro se, has moved to obtain the transcript of his jury trial. The record shows that the jury trial was transcribed and made part of the record on appeal. Nevertheless, Defendant may not obtain a free transcript unless he shows that the transcript is necessary to decide an issue presented by suit or appeal. See 28 U.S.C. § 753(f); see also Walker v. United States, 424 F.2d 278, 278-79 (5th Cir. 1970) (stating that "[a] federal prisoner is not entitled to obtain copies of court records at Government expense for the purpose of searching the record for possible error"). Moreover, the Eleventh Circuit has explained:

> We hold that a request by a prisoner for access to the court files of his underlying criminal conviction is premature prior to the filing of a collateral attack on that conviction; a prisoner is entitled to access to the court files only after he has made a showing that such files are necessary to the resolution of an issue or issues he has presented in a non-frivolous pending collateral proceeding.

Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992) (footnotes omitted).

Here, Defendant does not have an appeal or post-conviction collateral attack pending. Further, he outlines no specific need for any of the materials he seeks, other than to prepare for his petition under 28 U.S.C. § 2255. Thus, his motion for the trial transcript is premature and must be **DENIED**.

That being said, the Court notes that Defendant has requested a copy of the trial transcript from his counsel, Mr. Huff. If Mr. Huff is in possession of a transcript and wishes to let Defendant have access to it, Mr. Huff is hereby authorized to send the trial transcript to Defendant at the following address:

Timothy L. Worthen
# 12563-021 U.S.P.
Post Office Box 1000
Lewisburg, PA 17387-1000

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of October 2008.

_____
UNITED STATES DISTRICT JUDGE